IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT
JUL 27 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:17-CR-168-CMH |
| | **UNDER SEAL** |
| v. | Count One: |
| | Conspiracy to Engage in Sex Trafficking of a Minor |
| ANDREW LEE THOMPSON II, a/k/a SLIM, | 18 U.S.C. §§ 1591, 1594(c) |
| DELBERTA ROSE MCKENZIE, a/k/a "J", a/k/a "Jae," | Count Two: Sex Trafficking of a Minor |
| | 18 U.S.C. §§ 1591(a), 1591(b), 1591(c) and 2 |
| and | |
| RACHEL LYNN ROBILLARD | Count Three: Interstate Travel and Use of Facilities in Interstate Commerce to Promote Prostitution |
| Defendants. | 18 U.S.C. §§ 1952(a)(3) and 2 |
| | Forfeiture |
| | 18 U.S.C. §§ 1594(d), 2428 |
| | 18 U.S.C. § 981(a)(1)(C) |
| | 28 U.S.C. § 2461(c) |

# INDICTMENT

**July Term – At Alexandria, Virginia**

## COUNT ONE

### Conspiracy To Engage In Sex Trafficking Of A Minor

THE GRAND JURY CHARGES THAT:

From in and around February 2017 through on or about June 15, 2017, within the Eastern District of Virginia and elsewhere, in and affecting interstate commerce, the defendants ANDREW LEE THOMPSON (a/k/a "SLIM"), DELBERTA ROSE MCKENZIE (a/k/a "J", a/k/a "Jae") and RACHEL LYNN ROBILLARD did combine, conspire, confederate, and agree with each other and others, known and unknown to the grand jury, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain a minor girl whose initials are B.K., having had a reasonable opportunity to observe B.K. and knowing and in reckless disregard that B.K. was under the age of 18 years old and knowing and in reckless disregard that B.K. would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c).

### The Ways, Manner and Means of the Conspiracy

1. The purpose of the conspiracy was to obtain money and other items of value for the members of the conspiracy through prostitution.
2. Members of the conspiracy recruited a girl under the age of 18 years old to engage in commercial sex acts, i.e., prostitution.
3. Members of the conspiracy obtained commercial sex customers for the minor girl by posting prostitution advertisements on Internet sites such as www.Backpage.com.
4. Members of the conspiracy transported the minor girl via airplane, bus, and car to various locations for the purpose of engaging in prostitution, including but not limited to Tallahassee; Florida, Atlanta, Georgia; Myrtle Beach, South Carolina; and Arlington, Virginia.

5. Members of the conspiracy harbored the minor in a residence and in various hotels.

6. Members of the conspiracy set up commercial sex dates with customers by posting Backpage.com advertisements and coordinated the location and time for commercial sex dates with prostitution customers via cell phone.

**Overt Acts In Furtherance Of The Conspiracy**

7. During and in furtherance of the conspiracy, and to effect the objects thereof, the defendants and other members of the conspiracy knowingly performed and caused to be performed overt acts in the Eastern District of Virginia and elsewhere. These acts included, but were not limited, to the following:

   a. Defendant ANDREW LEE THOMPSON (a/k/a "SLIM") recruited B.K., an underage girl, to engage in prostitution.

   b. Defendants DELBERTA ROSE MCKENZIE (a/k/a "J") and RACHEL LYNN ROBIILARD encouraged B.K. to continue engaging in prostitution.

   c. Defendants ANDREW LEE THOMPSON (a/k/a "SLIM"), DELBERTA ROSE MCKENZIE (a/k/a "J") and RACHEL LYNN ROBILLARD harbored B.K. in a residence in Tallahassee, Florida and in various hotel rooms in Atlanta, Georgia, Myrtle Beach, South Carolina, and Arlington, Virginia where commercial dates were advertised, set up, and/or occurred.

   d. Defendants ANDREW LEE THOMPSON (a/k/a "SLIM"), DELBERTA ROSE MCKENZIE (a/k/a "J"), and RACHEL LYNN ROBILLARD and other members of the conspiracy obtained commercial sex customers through prostitution advertisements created and posted on Internet sites such as www.Backpage.com. Sex customers responded to the advertisements via

telephone. The date, time, and location for the commercial sex acts were coordinated via cell phones. Advertisements were posted for B.K. in places such as Arizona, Florida, Georgia, South Carolina, and Washington D.C.

e. Defendants DELBERTA ROSE MCKENZIE (a/k/a "J") and RACHEL LYNN ROBILLARD engaged in "two girl" commercial sex dates with B.K., allowing a commercial sex customer to engage in sexual activity with both B.K. and MCKENZIE or B.K. and ROBILLARD in exchange for money.

f. Defendants ANDREW LEE THOMPSON (a/k/a "SLIM"), DELBERTA ROSE MCKENZIE (a/k/a "J") and RACHEL LYNN ROBILLARD and other members of the conspiracy transported B.K. to various locations for commercial sex dates.

g. Defendant ANDREW LEE THOMPSON (a/k/a "SLIM") collected the prostitution earnings from DELBERTA ROSE MCKENZIE (a/k/a "J"), RACHEL LYNN ROBILLARD, B.K., and others involved in the prostitution dates.

(All in violation of Title 18, United States Code, Section 1594(c).)

**COUNT TWO**

**Sex Trafficking Of Minor B.K.**

THE GRAND JURY FURTHER CHARGES THAT:

From in and around June 14, 2017 through on or about June 15, 2017, within the Eastern District of Virginia and elsewhere, in and affecting interstate commerce, the defendants ANDREW LEE THOMPSON (a/k/a "SLIM"), DELBERTA ROSE MCKENZIE (a/k/a "J", a/k/a "Jae") and RACHEL LYNN ROBILLARD did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain a girl whose initials are B.K. and who was under the age of 18 years old, having had a reasonable opportunity to observe B.K. and knowing and in reckless disregard that B.K. was under the age of 18 years old and knowing and in reckless disregard that B.K. would be caused to engage in a commercial sex act.

(In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c) and 2.)

## COUNT THREE

### Interstate Travel and Use of Facility in Interstate Commerce to Promote Prostitution

THE GRAND JURY FURTHER CHARGES THAT:

From in and around June 14, 2017 through on or about June 15, 2017, within the Eastern District of Virginia and elsewhere, in and affecting interstate commerce, the defendants ANDREW LEE THOMPSON (a/k/a "SLIM"), DELBERTA ROSE MCKENZIE (a/k/a "J," a/k/a "Jae") and RACHEL LYNN ROBILLARD knowingly traveled in interstate commerce and used a facility in interstate commerce, including cell phones and the internet, with intent to otherwise promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of prostitution offenses in violation of the laws of Virginia, to wit: Virginia Code § 18.2-348, and of the United States, in violation of Title 18, United States Code, Section 2421(a), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on such unlawful prostitution activity.

(In violation of Title 18, United States Code, Sections 1952(a)(3) and 2.)

**FORFEITURE NOTICE**

The defendants are hereby on notice that, pursuant to Federal Rule of Criminal Procedure 32.2:

If convicted of Counts One through Three of this Indictment, the defendants shall forfeit any property, real or personal, which constitutes or is derived from proceeds, traceable to the offenses charged in those counts, and any property, real or personal used or intended to be used to commit or facilitate the commission of the offenses charged in Counts One through Three.

The property subject to forfeiture includes, but is not limited to, the following:

a. A sum of money representing the amount of proceeds obtained by the defendants as a result of the conspiracy to commit sex trafficking of a minor, sex trafficking of a minor, and interstate travel and use of facilities in interstate commerce to promote prostitution;

b. All digital devices seized from the defendants containing evidence of prostitution activity.

(In accordance with Title 18, United States Code, Sections 1594(d), 2428 and 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c).)

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

Maureen C. Cain
Assistant United States Attorney